Marianne Cox
17636 N 41st Pl
Phx AZ 85032

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐
MAR 0 6 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Salvador Renteria
  Plaintiff

v

AZ Painting & Consulting LLC
  Defendant

Case No
CV-23-00073-
PHX-DJH

motion for
Dismissal

I, marianne Cox, in the above entitled and numbered action, hereby request the court dismiss of the above referenced matter.

It is my understanding that the plaintiff incorrectly filed in the wrong venue. For this reason this case should be dismissed and not waste the courts valuable time

Respectfully Submitted 6 day of March 2023

*[signature]*