IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salvador Renteria,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AZ Painting & Consulting LLC, et al.,<br><br>　　　　　Defendants. | No. CV-23-00073-PHX-DJH<br><br>**ORDER** |

Plaintiff Salvador Renteria ("Plaintiff") has filed a Motion to Strike Defendants AZ Painting & Consulting LLC ("Defendants") Motion to Dismiss because Defendants failed to meet and confer with Plaintiff's counsel before filing the Motion (Doc. 15 at 1).

Under the Court's Order (Doc. 6), the parties must meet and confer before [the] filing of a motion to dismiss. (*Id.*) In addition, "motions to dismiss must be accompanied by a notice of certification of conferral indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading and have been unable to agree that the pleading is curable by a permissible amendment." (*Id.*) Plaintiff represents Defendants did not confer with Plaintiff's counsel before filing its current Motion and thus could not have included the required certification of conferral. (*Id.* at 2). Plaintiff thus requests the Court strike Defendants' Motion to Dismiss. (*Id.*) Finding good cause, the Court will grant Plaintiff's Motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Strike (Doc. 15) is **granted**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. 14) is **stricken**. Defendants must comply with (Doc. 6) before filing another Motion to Dismiss.

Dated this 8th day of March, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge