# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salvador Renteria, | No. CV-23-00073-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| AZ Painting & Consulting LLC, et al., | |
| Defendants. | |

This matter is before the Court on the *pro se* Defendant Marianne Cox's Motion for Extension of Time to File an Answer (Doc. 17).  Ms. Cox represents that she is currently looking for counsel to take her case.  Upon review and good cause appearing,

**IT IS ORDERED granting** the Motion (Doc. 17) and an extension until April 14, 2023, for Defendant Cox to answer or otherwise respond to the Complaint.

**IT IS FURTHER ORDERED** that the Rule 16 Scheduling Conference set for April 5, 2023, is **vacated** and **reset** to May 3, 2023, at 11:00 a.m.  The remainder of the Court's Order (Doc. 11) is otherwise **affirmed**.

Dated this 16th day of March, 2023.

Honorable Diane J. Humetewa
United States District Judge